No. 72–5209. JONES *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 72–5212. KERR *v.* TRAVELERS INSURANCE Co. C. A. 4th Cir. Certiorari denied.

No. 72–5213. STOKES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5215. BRIGGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5216. LINES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5217. WEBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5219. DeVILLE *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied.

No. 72–5220. NINOV *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5223. O'CLAIR *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–5224. MARTIN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 72–5225. TURNER ET AL. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 72–5228. VOEGE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5229. KING *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.